UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **CLAUDE CHRISTOPHER JOHNSON**<br>REG. # 05056-043 | : | **CIVIL ACTION NO. 2:19-cv-0241** |
| **VERSUS** | : | **JUDGE JAMES** |
| **WARDEN MYERS** | : | **MAGISTRATE JUDGE KAY** |

## JUDGMENT

For the reasons stated in the Report and Recommendation [doc. 4] of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the lack of objections to the Report and Recommendation in the record;

**IT IS ORDERED** that the instant petition for writ of habeas corpus be **DENIED** and **DISMISSED WITH PREJUDICE** under Rule 4 of the Rules Governing § 2254 Proceedings in the United States District Courts.

**THUS DONE AND SIGNED** in Chambers this 16th day of April, 2019.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE